| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> TOWNSEND, TOWNSEND & CREW, LLP <br> ATTORNEYS AT LAW <br> GIA L. CINCONE - SBN # 141668 <br> TWO EMBARCADERO CENTER, 8TH FLOOR <br> SAN FRANCISCO, CA 94111 <br>     TELEPHONE NO. (415) 576-0200    FAX NO.*(Optional)*(415) 576-0300 <br> EMAIL ADDRESS *(Optional)*: <br>     ATTORNEY FOR*(Name)*: LEVI STRAUSS & CO. | FOR COURT USE ONLY |
|---|---|
| COURT NAME: UNITED STATES DISTRICT COURT <br> STREET ADDRESS: 450 GOLDEN GATE #1111 <br> MAILING ADDRESS: 450 GOLDEN GATE #1111 <br> CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER:   LEVI STRAUSS & CO. <br><br> DEFENDANT/RESPONDENT:   THE WET SEAL, INC. | CASE NUMBER: <br> CV075896RS |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 0S349941-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
      SEE ATTACHED LIST OF DOCUMENTS;

3. a. Party served *(specify name of party as shown on documents served)*:
      THE WET SEAL, INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      BECKY DEGEORGE, AGENT/CSC LAWYERS

4. Address where the party was served: 2730 GATEWAY OAKS, STE 100
   SACRAMENTO, CA 95813

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: December 11, 2007 (2) at *(time)*: 02:34 pm
   b. ☐ **by substituted service:** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

Client File # LEVI V. WET SEAL

313/0S349941-01

| PLAINTIFF/PETITIONER: LEVI STRAUSS & CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE WET SEAL, INC. | CV075896RS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:    (2) from *(city)*:
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:
    c. ☐ as occupant.
    d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
            ☐ other:

7. **Person who served papers**
    a. Name: ROB ANDERSON
    b. Address: 1424 21st. Street, Sacramento, CA 95814
    c. Telephone number: (916) 441-4396
    d. **The fee** for service was: $ 92.13
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i) ☐ Owner  ☒ employee  ☐ independent contractor.
            (ii) Registration No.: 2004-67
            (iii) County: SACRAMENTO

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: December 12, 2007

ROB ANDERSON
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

*(SIGNATURE)*

Page 2 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]
**PROOF OF SERVICE SUMMONS**
Code of Civil Procedure, § 417.10

Client File # LEVI V. WET SEAL

**LEVI STRAUSS & CO. V. THE WET SEAL, INC.**
CASE # C07-5896 RS

LIST OF DOCUMENTS TO BE SERVED

1.) SUMMONS ON A CIVIL CASE

2.) CIVIL COVER SHEET

3.) COMPLAINT FOR TRADEMARK INFRINGEMENT AND DILUTION, UNFAIR COMPETITION, AND BREACH OF SETTLEMENT AGREEMENTS

4.) CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

5.) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE INITIAL CASE MANAGEMENT; STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA-CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

6.) ECF REGISTRATION INFORMATION HANDOUT

7.) NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE (FORM); DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE

8.) NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; FORM CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE; FORM DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE

9.) U.S. DISTRICT COURT GUIDELINES; DROP BOX FILING PROCEDURES FORM

10.) DISPUTE RESOLUTION PROCEDURES IN THE U.S. DISTRICT COURT (BOOKLET)

*S349941*