1  COOPER, WHITE & COOPER LLP
   MARCY J. BERGMAN (SBN 75826)
2    mbergman@cwclaw.com
   VIJAY K. TOKE (SBN 215079)
3    vtoke@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California  94111
   Telephone:    (415) 433-1900
5  Facsimile:    (415) 433-5530

6  Attorneys for Defendant THE WET SEAL, INC.

7

8            UNITED STATES DISTRICT COURT

9         FOR NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11

12  LEVI STRAUSS & CO.,                 CASE NO. CV 07 5896 RS

13            Plaintiff,                **STIPULATION AND ORDER**
                                        **EXTENDING TIME FOR RESPONSE OF**
14       vs.                            **DEFENDANT THE WET SEAL, INC.**

15  THE WET SEAL, INC.,

16            Defendant.

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593353.1
1
CV 07 5896
STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE OF DEFENDANT THE WET SEAL, INC.

1     Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant The Wet Seal, Inc. ("Wet Seal"),

2 pursuant to Local Rules 6.1(b) and 6.2, stipulate to extend the deadline by which Wet Seal must

3 answer or otherwise move with respect to the complaint to January 22, 2008.

4     1.     LS&Co. filed its complaint on November 20, 2007.

5     2.     Wet Seal is in the process of tendering its defense to various vendors involved in

6 producing the clothing at issue in this action.

7     3.     LS&Co. has agreed that Wet Seal may have until January 22, 2008 to answer or

8 otherwise move with respect to the complaint, and the parties have so stipulated.

9     4.     This extension will not affect the scheduling of the Case Management Conference

10 on March 12, 2008 or the parties' Rule 26 obligations.

11

12 DATED: January //, 2008          COOPER, WHITE & COOPER LLP

13

14 By: _____

15          Vijay K. Toke
          Attorneys for Defendant THE WET SEAL,
          INC.

16 DATED: January___, 2008          TOWNSEND AND TOWNSEND AND CREW
17                                   LLP

18

19 By: _____

20          Gregory S. Gilchrist
          Gia Cincone
          Attorneys for Plaintiff LEVI STAUSS & CO.

21

22          ORDER

23     PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

24

25 Dated: January ____, 2008

26                              _____

27                              The Honorable Richard Seeborg
                              United States Magistrate Judge

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593353.1                              2                              CV 07 5896
STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE OF DEFENDANT THE WET SEAL, INC.

1    Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant The Wet Seal, Inc. ("Wet Seal"),

2  pursuant to Local Rules 6.1(b) and 6.2, stipulate to extend the deadline by which Wet Seal must

3  answer or otherwise move with respect to the complaint to January 22, 2008.

4    1.    LS&Co. filed its complaint on November 20, 2007.

5    2.    Wet Seal is in the process of tendering its defense to various vendors involved in

6  producing the clothing at issue in this action.

7    3.    LS&Co. has agreed that Wet Seal may have until January 22, 2008 to answer or

8  otherwise move with respect to the complaint, and the parties have so stipulated.

9    4.    This extension will not affect the scheduling of the Case Management Conference

10  on March 12, 2008 or the parties' Rule 26 obligations.

11

12  DATED: January ___, 2008            COOPER, WHITE & COOPER LLP

13

14                                      By: _____
                                            Vijay K. Toke
15                                          Attorneys for Defendant THE WET SEAL,
                                            INC.
16  DATED: January _14_, 2008           TOWNSEND AND TOWNSEND AND CREW
17                                       LLP

18

19                                      By: _____
                                            Raquel Pacheco
20                                          Attorneys for Plaintiff LEVI STAUSS & CO.

21                                      ORDER

22          PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

23

24  Dated: January ____, 2008

25

26                                      _____
                                        The Honorable Richard Seeborg
27                                      United States Magistrate Judge

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593353.1                                2                              CV 07 5896
STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE OF DEFENDANT THE WET SEAL, INC.