1  COOPER, WHITE & COOPER LLP
   MARCY J. BERGMAN (SBN 75826)                *E-FILED 1/14/08*
2    mbergman@cwclaw.com
   VIJAY K. TOKE (SBN 215079)
3    vtoke@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California 94111
   Telephone:    (415) 433-1900
5  Facsimile:    (415) 433-5530

6  Attorneys for Defendant THE WET SEAL, INC.

7

8                  UNITED STATES DISTRICT COURT

9           FOR NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  LEVI STRAUSS & CO.,                    CASE NO. CV 07 5896 RS

13              Plaintiff,                 **STIPULATION AND ORDER
                                           EXTENDING TIME FOR RESPONSE OF
14      vs.                                DEFENDANT THE WET SEAL, INC.**

15  THE WET SEAL, INC.,

16              Defendant.

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593353.1                          1                          CV 07 5896
        STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE OF DEFENDANT THE WET SEAL, INC.

1    Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant The Wet Seal, Inc. ("Wet Seal"),

2  pursuant to Local Rules 6.1(b) and 6.2, stipulate to extend the deadline by which Wet Seal must

3  answer or otherwise move with respect to the complaint to January 22, 2008.

4    1.    LS&Co. filed its complaint on November 20, 2007.

5    2.    Wet Seal is in the process of tendering its defense to various vendors involved in

6  producing the clothing at issue in this action.

7    3.    LS&Co. has agreed that Wet Seal may have until January 22, 2008 to answer or

8  otherwise move with respect to the complaint, and the parties have so stipulated.

9    4.    This extension will not affect the scheduling of the Case Management Conference

10  on March 12, 2008 or the parties' Rule 26 obligations.

11

12  DATED: January // , 2008          COOPER, WHITE & COOPER LLP

13

14                                     By: _____
                                           Vijay K. Toke
15                                         Attorneys for Defendant THE WET SEAL,
                                           INC.
16
    DATED: January___, 2008          TOWNSEND AND TOWNSEND AND CREW
17                                    LLP

18

19                                     By: _____
                                           Gregory S. Gilchrist
20                                         Gia Cincone
                                           Attorneys for Plaintiff LEVI STAUSS & CO.

21

22                    ORDER

23  PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

24

25  Dated: January 14 , 2008          _____

26

27                                     The Honorable Richard Seeborg
                                       United States Magistrate Judge
28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1    Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant The Wet Seal, Inc. ("Wet Seal"),

2  pursuant to Local Rules 6.1(b) and 6.2, stipulate to extend the deadline by which Wet Seal must

3  answer or otherwise move with respect to the complaint to January 22, 2008.

4    1.    LS&Co. filed its complaint on November 20, 2007.

5    2.    Wet Seal is in the process of tendering its defense to various vendors involved in

6  producing the clothing at issue in this action.

7    3.    LS&Co. has agreed that Wet Seal may have until January 22, 2008 to answer or

8  otherwise move with respect to the complaint, and the parties have so stipulated.

9    4.    This extension will not affect the scheduling of the Case Management Conference

10  on March 12, 2008 or the parties' Rule 26 obligations.

11

12  DATED: January ___, 2008                COOPER, WHITE & COOPER LLP

13

14                                          By: _____
15                                             Vijay K. Toke
                                              Attorneys for Defendant THE WET SEAL,
16                                             INC.

    DATED: January *14*, 2008               TOWNSEND AND TOWNSEND AND CREW
17                                          LLP

18

19                                          By: _____
20                                             Raquel Pacheco
                                              Attorneys for Plaintiff LEVI STAUSS & CO.

21                                          ORDER
22
                        PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.
23

24  Dated: January ____, 2008

25

26                                          _____
27                                          The Honorable Richard Seeborg
                                            United States Magistrate Judge

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE OF DEFENDANT THE WET SEAL, INC.