**\*E-FILED\***
**February 28, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVY STRAUSS & COMPANY, | No. C 07-05896 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| THE WET SEAL, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for March 12, 2008 at 2:30 p.m. has been continued to **March 19, 2008 at 2:30 p.m.**

Dated: February 28, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
          Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

Marcy Jill Bergman   Mbergman@cwclaw.com, vtoke@cwclaw.com

Gia L. Cincone   glcincone@townsend.com, clpetrich@townsend.com, jschnell@townsend.com

Gregory S. Gilchrist   gsgilchrist@townsend.com, clpetrich@townsend.com

Vijay K. Toke   vtoke@cwclaw.com, jpalaganas@cwclaw.com, lknox@cwclaw.com, lstern@cwclaw.com, mbergman@cwclaw.com, tbolinger@cwclaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California