1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   HOLLY GAUDREAU (State Bar No. 209114)
3  RAQUEL PACHECO (State Bar No. 245328)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300
   gsgilchrist@townsend.com; glcincone@townsend.com;
6  hgaudreau@townsend.com; rpacheco@townsend.com

7  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LEVI STRAUSS & CO., | Case No. C 07-5896 RS |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF LEVI STRAUSS & CO.'S ADR CERTIFICATION** |
| THE WET SEAL, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

/ / /

/ / /

- 1 -

- 2 -

1    (3)  Considered whether this case might benefit from any of the available dispute
2 resolution options.

3
4 DATED: February 29, 2008              By:   /s/ Thomas M. Onda
                                              Levi Strauss & Co.
5
6 DATED: February 29, 2008              By:   /s/ Raquel Pacheco
                                              Townsend and Townsend and Crew, LLP
                                              Counsel for Levi Strauss & Co.
7
8
9
10  61298720 v1

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28