TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
RAQUEL PACHECO (Bar # 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com, rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>        Plaintiff,<br><br>v.<br><br>THE WET SEAL, INC.,<br><br>        Defendant. | Case No. CV 07 5896 RS<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-18 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR Session by:

☒ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ Other requested deadline

Dated: March 3, 2008

_____
Gregory S. Gilchrist
Gia L. Cincone
Raquel Pacheco
Townsend and Townsend and Crew LLP

Attorneys for Plaintiff
Levi Strauss & Co.

Dated: February 29, 2008

_____
Cooper, White & Cooper LLP

Attorneys for Defendant
The Wet Seal, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation through a court ADR appointed mediator, with a deadline to hold an ADR session within 90 days from the date of this Order.

IT IS SO ORDERED:

Dated: _____, 2008

_____
The Honorable Richard Seeborg
United States Magistrate Judge

61298902 v1