| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>GREGORY S. GILCHRIST (Bar # 111536)<br>GIA L. CINCONE (Bar # 141668)<br>RAQUEL PACHECO (Bar # 245328)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: gsgilchrist@townsend.com, glcincone@townsend.com, rpacheco@townsend.com<br><br>Attorneys for Plaintiff<br>LEVI STRAUSS & CO. | *E-FILED 3/3/08* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>   Plaintiff,<br><br>v.<br><br>THE WET SEAL, INC.,<br><br>   Defendant. | Case No. CV 07 5896 RS<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR<br>PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-18 and ADR L.R. 3-5)*

1  **Private Process:**

2  ☐ Private ADR *(please identify process and provider)*

4  The parties agree to hold the ADR Session by:

5  ☒ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

7  ☐ Other requested deadline

9  Dated: March 3, 2008

            _____
            Gregory S. Gilchrist
            Gia L. Cincone
            Raquel Pacheco
            Townsend and Townsend and Crew LLP

            Attorneys for Plaintiff
            Levi Strauss & Co.

14 Dated: February 29, 2008

            _____
            Cooper, White & Cooper LLP

            Attorneys for Defendant
            The Wet Seal, Inc.

18 [PROPOSED] ORDER

19     Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation through a court ADR appointed mediator, with a deadline to hold an ADR session within 90 days from the date of this Order.

IT IS SO ORDERED:

Dated: ~~March~~ 3, 2008

            _____
            The Honorable Richard Seeborg
            United States Magistrate Judge

61298902 v1