1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  gsgilchrist@townsend.com; glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                  UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

LEVI STRAUSS & CO.,                    Case No. C 07- 5896 RS

            Plaintiff,                 **CONSENT TO PROCEED BEFORE
                                       A UNITED STATES MAGISTRATE
     v.                                JUDGE**

THE WET SEAL, INC.,

            Defendant.

18     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in
19  the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge
20  conduct any and all further proceedings in the case, including trial, and order the entry of a final
21  judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for
22  the Ninth Circuit.

23  Date: March 6, 2008                     TOWNSEND AND TOWNSEND AND CREW LLP

24

25                                          By:    /s/ Raquel Pacheco
                                                RAQUEL PACHECO
26                                              Attorneys for Plaintiff
                                                LEVI STRAUSS & CO.
27

28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,                              - 1 -
Case No. C 07-5896 RS