1  COOPER, WHITE & COOPER LLP
   MARCY J. BERGMAN (SBN 75826)
2    mbergman@cwclaw.com
   VIJAY K. TOKE (SBN 215079)
3    vtoke@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California  94111
   Telephone:     (415) 433-1900
5  Facsimile:     (415) 433-5530

6  Attorneys for Defendant THE WET SEAL, INC.

7

8              UNITED STATES DISTRICT COURT

9          FOR NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  LEVI STRAUSS & CO.,              | CASE NO. CV 07 5896 RS

12              Plaintiff,           | **CERTIFICATION OF INTERESTED
                                       PARTIES**
13       vs.

14  THE WET SEAL, INC.,

15              Defendant.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595921.1                          1                          CV 07 5896
              CERTIFICATION OF INTERESTED PARTIES

1    The undersigned, counsel of record for defendant The Wet Seal, Inc., certifies that the
2    following listed entities or persons have either a financial interest in the subject matter in
3    controversy or a non-financial interest in that subject matter that could be substantially affected by
4    the outcome of this proceeding.  These representations are made to enable the Court to evaluate
5    possible disqualification or recusal.

6    1.    Levi Strauss & Co, plaintiff.
7    2.    The Wet Seal, Inc., defendant.
8    3.    Zana-Di Jeans Corp.
9    4.    Bubble Gum USA
10    5.    Younique Clothing
11    6.    Alpha Garments, Ltd.

13    DATED: March 7, 2008                  COOPER, WHITE & COOPER LLP

15                                          By: _____
16                                          Vijay K. Toke
                                            Attorneys for Defendant THE WET SEAL,
17                                          INC.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595921.1                          2                              CV 07 5896
CERTIFICATION OF INTERESTED PARTIES