1  COOPER, WHITE & COOPER LLP
   MARCY J. BERGMAN (SBN 75826)
2    mbergman@cwclaw.com
   VIJAY K. TOKE (SBN 215079)
3    vtoke@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California 94111
   Telephone:  (415) 433-1900
5  Facsimile:   (415) 433-5530

6  Attorneys for Defendant THE WET SEAL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  FOR NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| 11  LEVI STRAUSS & CO., | CASE NO. CV 07 5896 RS |
| 12          Plaintiff, | **ADR CERTIFICATION OF DEFENDANT THE WET SEAL, INC.** |
| 13      vs. | |
| 14  THE WET SEAL, INC., | |
| 15          Defendant. | |

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

596606.1                           1                           CV 07 5896
         ADR CERTIFICATION OF DEFENDANT THE WET SEAL, INC.

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR website located at www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

DATED: March 11, 2008

By: /s/ Vijay K. Toke
Vijay K. Toke
Cooper, White & Cooper LLP
Attorneys for Defendant THE WET SEAL, INC.

DATED: March 11, 2008

By: /s/ Julianna Hallsted
Julianna Hallsted,
The Wet Seal, Inc.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

596606.1                    2                    CV 07 5896
ADR CERTIFICATION OF DEFENDANT THE WET SEAL, INC.