1  COOPER, WHITE & COOPER LLP
   MARCY J. BERGMAN (SBN 75826)
2    mbergman@cwclaw.com
   VIJAY K. TOKE (SBN 215079)
3    vtoke@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California 94111
   Telephone:    (415) 433-1900
5  Facsimile:    (415) 433-5530

6  Attorneys for Defendant THE WET SEAL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                FOR NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | LEVI STRAUSS & CO.,           | CASE NO. CV 07 5896 RS
12 |          Plaintiff,           | **CONSENT TO PROCEED BEFORE A
   |                               | UNITED STATES MAGISTRATE JUDGE**
13 |     vs.                       |
14 | THE WET SEAL, INC.,           |
15 |          Defendant.           |

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

596608.1                          1                          CV 07 5896
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: March 11, 2008

By: _____
Vijay K. Toke
Cooper, White & Cooper LLP
Attorneys for Defendant THE WET SEAL, INC.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

596608.1

2

CV 07 5896

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.