UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 10 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__          DATE: __3/19/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                          CASE #: __C 07-05896RS__

CASE TITLE: __LEVI STRAUSS & COMPANY__   VS.   __THE WET SEAL, INC.__

**Appearances for Plaintiff(s)**              **Appearances for Defendant(s)**

 __GIA CINCONE__                               __VIJAY K. TOKE__

 __RAQUEL PACHECO__


**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }     { }     { }    1._____
{ }     { }     { }    2._____
{ }     { }     { }    3._____
{ }     { }     { }    4._____

DISPOSITION of TODAY'S PROCEEDINGS

**[  ] SETTLED     [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  {  } Cont'd to: _____     @ _____      For _____

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:_____

  __CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER__

HOURS IN SETTLEMENT:_____        Copies to:_____   _____   _____