1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  gsgilchrist@townsend.com; glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 LEVI STRAUSS & CO.,                    Case No. C 07-5896 RS

12              Plaintiff,
                                          **STIPULATION OF DISMISSAL**
13         v.

14 THE WET SEAL, INC.,

15              Defendant.

16

17     The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure

18 41(a)(1), stipulate that this action be and hereby is dismissed.  Each party shall bear its own

19 costs and attorneys' fees.

20

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28
                                           - 1 -
   STIPULATION OF DISMISSAL                       *Levi Strauss & Co. v. The Wet Seal, Inc.*
                                                            Case No. C 07-5896 RS

1 | DATED: July 14, 2008                Respectfully submitted,

2

3 |                                         By:    /s/ Gia L. Cincone
                                                 Gia L. Cincone
4 |                                              TOWNSEND AND TOWNSEND AND CREW LLP

5
                                                 Attorneys for Plaintiff
6 |                                              LEVI STRAUSS & CO.

7

8 | DATED: July 14, 2008
                                         By:    /s/ Marcy J. Berman
9 |                                              Marcy J. Berman
                                                 COOPER, WHITE & COOPER LLP
10
                                                 Attorneys for Defendant
11 |                                             THE WET SEAL, INC.

12

13

14
   PURSUANT TO STIPULATION, IT IS SO ORDERED
15

16
   DATED: _____          _____
17                                       The Honorable Richard Seeborg
                                         United States Magistrate Judge
18

19

20

21

22 | 61428359 v1

23

24

25

26

27

28

- 2 -

STIPULATION OF DISMISSAL                                      *Levi Strauss & Co. v. The Wet Seal, Inc.*
                                                              Case No. C 07-5896 RS