TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com;
rpacheco@townsend.com

*E-FILED 7/14/08*

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE WET SEAL, INC.,<br><br>        Defendant. | Case No. C 07-5896 RS<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER THEREON |

      The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed. Each party shall bear its own costs and attorneys' fees.

///

///

///

///

///

1 | DATED: July 14, 2008        Respectfully submitted,

2

3 |                                          By:    /s/ Gia L. Cincone
                                                    Gia L. Cincone
4 |                                                 TOWNSEND AND TOWNSEND AND CREW LLP

5

6 |                                                 Attorneys for Plaintiff
                                                    LEVI STRAUSS & CO.

7

8 | DATED: July 14, 2008
                                          By:    /s/ Marcy J. Berman
9 |                                              Marcy J. Berman
                                                 COOPER, WHITE & COOPER LLP
10

11 |                                             Attorneys for Defendant
                                                 THE WET SEAL, INC.

12

13

14

15 | PURSUANT TO STIPULATION, IT IS SO ORDERED

16 | DATED:  July 14, 2008                  _____
17 |                                         The Honorable Richard Seeborg
                                             United States Magistrate Judge
18

19

20

21

22 | 61428359 v1

23

24

25

26

27

28

- 2 -